### 1418.   HOWELL *v.* THE STATE.

POWELL, J. There being sufficient evidence to authorize the verdict upon either or both of the two counts of the accusation, the general verdict of guilty is not contrary to law. *Tooke* v. *State,* 4 *Ga. App.* 495 (61 S. E. 917).                              *Judgment affirmed.*

Accusation of resisting officer, from city court of Dalton—Judge Longley.   September 5, 1908.

Argued October 27,—Decided November 10, 1908.

Rehearing denied November 24, 1908.

*William E. Mann,* for plaintiff in error.

*Samuel P. Maddox, solicitor-general,* contra.